MIED (Rev.5/13) General Civil Complaint

*3L*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

v. Herbert Studshill **Plaintiff(s)**,

Tina Brooks Green

Case 2:17-cv-12611
Judge: Hood, Denise Page
MJ: Davis, Stephanie Dawkins
Filed: 08-08-2017 At 11:18 AM
STUDSTILL EL v TINA BROOKS GREEN (d at)

Defendant(s).
_____/

## COMPLAINT

I.  Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Tina BrookGreen _____

2. _____

3. _____

4. _____

5. _____

II. Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

In the lawsuit _____

MIED (Rev.5/13) General Civil Complaint

III.   Relief.   Briefly state exactly what you want the court to do for you.

In the lawsuit

MIED (Rev.5/13) General Civil Complaint

IV. Additional Information. -- Briefly enter any additional information, you may use additional paper.

In the lawsuit

V. Demand for Jury Trial. Check this box if you want your case to be decided by a jury, instead of a judge.

☒ Plaintiff demands a jury trial on all issues.

Dated: 8-6-2017

Plaintiff's Signature

Herbert Studshill EL
Plaintiff's Printed Name

6396 Carnegie St
Street Address

Romulus M, 48174
City, State, Zip Code

_____
Telephone Number

_____
E-mail Address

## United States District Court

Herbert Studstill El

(Plaintiff, in person)

Vs.

Tina Brooks Green
34th, District Court
11131 Wayne Rd
(Defendant)
Romulus M, 48174

Case 2:17-cv-12611
Judge: Hood, Denise Page
MJ: Davis, Stephanie Dawkins
Filed: 08-08-2017 At 11:18 AM
STUDSTILL EL v TINA BROOKS GREEN (d
at)

(Establishment of Jurisdiction)

Jurisdiction is given to the U.S. district court, according to the U.S. const. amendment 7 & article 3 of the U.S.const.

(Brief summary of facts & law)

On February 8, 2016, at a hearing before district judge Tina Brooks Green. I Herbert Studstill El, was exercising my u.s. constitutional rights to challenge the jurisdiction of the court over my person (evidence #1 court pg. 3 lines 9 & 10)"Mr. Studstill I'm making a special, I'm challenging your jurisdiction" I asked judge Green to show her oath of office for the record (evidence # court transcripts) (pg 6 lines 3 &4) Judge Green refused to show are state her oath of office for the record. She instead threats me with 20 hours of community service. (Evidence #1 court transcripts)(pg. 6 lines 5 & 7) Judge Green continues to proceed under color of law. Define color of law "refers to an appearance of legal power to act that may operate in violation of law." The law states that the judges' oath of office shall be upheld to the letter of the law.

(1) 28 U.S. code sec 453 oaths of justices and judges (2) U.S. constitution article 6 states that all judges must support the U.S. constitution & state constitution.

Pg. 1

Judge Green duty as a judge and officer of the courts was to protect my constitutional rights. Not to trespass against the law. I was not given my 1st Amendment U.S. constitutional of free speech to challenge the jurisdiction of the court. I was not given my 6th amendment U.S. constitutional rights to a jury trial, or a right to confront my accuser, or a right to counsel. Judge Green sentencing me to community service was also in violation of 8th amendment U.S. constitutional rights (cruel and unusual punishment) Judge Green never proved she had jurisdiction when I challenged it on the record.

(Case law)

(1) Elliot v. piersol, ( pety. 328,340, 26 u.s. 328,340 ( 1828) "under federal law which is applicable to all states the u.s. supreme court stated that if a court is " without authority" its judgments and orders are regarded as nullities they are not voidable but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them they constitute no justification and all persons concerned in executing such judgments or sentences, are considered in law as trespassers"

(2) The u.s. supreme court in scheuer v. Rhodes, 416 u.s. 232, 94 s.ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violate of the federal constitution he "comes into conflict with the superior authority of that case stripped of his official or representative character and is subjected in his person to consequences of his individual conduct the state has no power to impart to him any immunity from responsibility to the supreme authority of the united states by law a judge is a state officer. The judge then acts not as a judge but as a private individual (in his person).

Judge Green committed an act of treason when she failed to uphold her oath of office.

(U.S. v. Will, 449 U.S. 200,216, 101 s. ct. 471, 66 l. Ed 2d 392, 406 (1980) (Cohen v. Virginia 19 U.S. (6 wheat) 264, 401, 5 l.ed (1821)

Judge Green had no jurisdiction to force me to go under a mental evaluation. For so called crimes that I was never convicted of, therefore she committed a violation of my U.S. constitutional rights.

Pg 2

Judge Green committed treason against the U.S. constitution and violated her oath of office.

(Case law about jurisdiction)

(1) Main v. thibotot, 100 s. ct. 2502 ( 1980 ) " the law provides that once state and federal jurisdiction has been challenged, it must be proven"

(2) Brodury v. Dennis 310 f. 2d. 73 ( 10th cir 1962) " a court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceeding in which it becomes apparent that jurisdiction is lacking"

(3) Latana v. hopper, 102 f 2d 188 " if the issue is presented in any way the burden of proving jurisdiction rests upon him who invoke it"

(Remedy sought)

I Herbert Studtill El, am aware of the fact that judges gives there self judicial immunity from being sued for monetary damages. Therefore I seek the following equitable reliefs.

(1) Declaratory relief

(2) Injunctive relief

(Kalb v. luce, 291 n.w. 841,234 wisc. 509)" a minority of decisions have held that if an inferior judge acts maliciously or corruptly he may incur liability"

Pulliam v. Allen, 466 U.S. 522 (1983)

I want Judge Tina Green to receive a declaratory that she acted under the color of law. I want the court to issue an injunctive against judge green to stop her from violating the U.S. constitution law. And if possible a $ 1.5 million dollar monetary compensation for damages.

Filed by: Herbert Stustill

PS 3



**STATE OF MICHIGAN**

**RICK SNYDER**
GOVERNOR

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
CENTER FOR FORENSIC PSYCHIATRY

**NICK LYON**
DIRECTOR

January 5, 2016

The Honorable Tina Brooks Green
34th Judicial District Court
11131 Wayne Road
Romulus, MI 48174

RE: STUDSTILL, Herbert
Avatar or CFP #: 1000827
Dockets #: 15-1943, 15-1944, 15-1945, 15R551389, 15-1946
Subject: Competency to Stand Trial

Dear Judge Green,

This communication is regarding the second Center for Forensic Psychiatry referral of Mr. Herbert Studstill. He is a 40-year-old single black male, who was born on October 24, 1975 in Detroit, Michigan. Mr. Studstill stands charged with Obstructing Justice; Interfere with Police; Drove While License Suspended; Registration and/or Plate Violation; No Proof of Insurance; and, Fail to Obey Police Office in the 34th Judicial District Court of Wayne County under Docket #15-1943, 15-1944, 15-1945, 15R551389, and 15-1946. An order for the competency examination of Mr. Studstill was signed by Your Honor, The Honorable Tina Brooks Green, on October 19, 2015 and Mr. Studstill's order was received on October 19, 2015. Pursuant to the order, Mr. Studstill was interviewed at the Center for Forensic Psychiatry on October 28, 2015.

**OPINION**

It is the opinion of this examiner that Mr. Studstill was competent to stand trial.

**ADVISORY ON LACK OF CONFIDENTIALITY**

Prior to the interview and pursuant to MCL 330.1750, the defendant was informed of the purpose of the evaluation, of the fact that a report would be issued according to legal requirements, and that the examiner might be subpoenaed to testify about the report or anything else related to the examination. The defendant conveyed an understanding of the limits on confidentiality which pertain to this court-ordered examination and participated in the interview.

P.O. BOX 2060 ● ANN ARBOR, MICHIGAN 48106
www.michigan.gov ● (734) 429-2531 ● TDD: (734) 944-7102



The Honorable Tina Brooks Green
RE: STUDSTILL, Herbert, CFP# 1000827
January 5, 2016
Page 2

## SOURCES OF INFORMATION AND PROCEDURES

- Interview at the Center for Forensic Psychiatry on October 28, 2015 that lasted approximately one hour.
- Review of court orders.
- Review of the Romulus Police Department Incident and Investigation Report dated 5/21/15.
- Request for and review of records received from the Wayne County Jail, and it is notable that Mr. Studstill refused to sign a requested release for records from Romulus High School.
- Discussion with Mr. Studstill regarding defense attorney whom he reported as Mr. Alla-El on 10/28/15. However, it is notable that the court order reports that Mr. Studstill is in pro per.

## CURRENT CLINICAL INFORMATION AND BACKGROUND

Mr. Studstill was escorted to the Forensic Center by Wayne County Sheriff's deputies on October 28, 2015. Mr. Studstill was oriented to person, place, time and location. Mr. Studstill participated with intake including being photographed, weighed and measured. He was a 6' tall man who weighed 181.8 lbs. His eye color was dark brown and his hair color was black and dense. Identifying bodily marks included facial hair and thick eyebrows. Upon meeting this examiner, Mr. Studstill was appraising. Mr. Studstill soon began to jockey for control of the interview process. For example, he made demands on this examiner and Forensic Center security staff before agreeing to move to the appropriately assigned interview room. After setting boundaries with Mr. Studstill, he still continued to question what was occurring in a rude manner. However, as this examiner set boundaries but also made Mr. Studstill aware of the forensic evaluation protocols and events that would occur while at the Forensic Center, he began to present in a much calmer manner with less defiance. Mr. Studstill made thoughtful decisions about signing releases for background information. For example, Mr. Studstill denied a release for high school records preferring no further assessment of his intellectual capacity. Nevertheless, Mr. Studstill demonstrated that he could track the conversation in a comprehensible manner. There was no indication of auditory and visual hallucinations and no overt signs of delusional thought content. At one point in the examination, Mr. Studstill did refer to this examiner as "one of you people who work [sic] for the Government;" however, over the course of the interview, no signs of acute paranoia were present, for example. Mr. Studstill presented with a good attention span. There was a notable muted quality to Mr. Studstill's voice and he sometimes slurred or mispronounced a few words. For example, Mr. Studstill spoke about his rights as a "Noormish [sic – Moorish]" National and used this assertion as a defense against answering some questions in detail. Mr. Studstill also sometimes mispronounced the word Moorish, as "Moormish." There was some sense that Mr. Studstill had discomfort with eye contact and his use of language was somewhat odd such that an

The Honorable Tina Brooks Green
RE: STUDSTILL, Herbert, CFP# 1000827
January 5, 2016
Page 3

autism spectrum disorder was suspected. There were no indications of depressive or manic phase symptoms. When asked more about educational history, Mr. Studstill reported having graduated in 1994 from Romulus High School. He said as far as he knows he had never failed a grade. Later, Mr. Studstill reported a history of learning disorder and being approved for related Social Security benefits in 1997. When this examiner noted that Mr. Studstill had previously reported no special education or learning difficulties, he shrugged it off as an oversight. Over the course of the forensic interview, there was no indication of difficulties with recall. Mr. Studstill's intellectual capacity was estimated to be in the borderline range.

In terms of mental health history, Mr. Studstill said he had never been diagnosed with any mental health difficulties. He denied ever having inpatient and outpatient psychiatric history as well. Mr. Studstill denied a history of crying spells, sleeping problems or auditory and visual hallucinations, for example. Mr. Studstill initially presented to this examiner in a somewhat adolescent-like manner given the presentation with a demanding style that abated with boundary setting (i.e., as if a teen who wanted to see what he could get away with). It was in this sense that some personality difficulties were present; however, at the same time, Mr. Studstill's approach lacked some sophistication indicating more borderline social skills.

When asked, Mr. Studstill denied knowledge of any family history of mental health difficulties. In terms of further social history, Mr. Studstill reported that both parents are living but [divorced]. He is named for his father who is Herbert Studstill, Sr. Mr. Studstill said he has one younger sister with whom he gets along well. Mr. Studstill reported that prior to incarceration and the instant charges, he had been living on his own. He added that he had been living on his own since age 23. Mr. Studstill said he lived in a duplex. When asked whether he took care of his own instrumental daily activities such as banking, paying rent and monies, Mr. Studstill initially said he took care of all of those needs. Upon further questioning, Mr. Studstill later said, "The money goes straight to the bank. My father has access, but I go into it." Mr. Studstill reported that he receives $700.00 a month from Social Security benefits. When asked what sort of bills or personal business he handled, Mr. Studstill reported that he received "just enough to pay my bills." After thinking about the question, Mr. Studstill said he paid bills such as "rent, electric bill, cable bill and AT&T." Mr. Studstill then complained about his AT&T bill in a logical manner.

In terms of occupational history, Mr. Studstill said that he had mainly worked in a lawn mowing business. When asked about his most recent job, Mr. Studstill said that he had lost his job in September 2015 related to the instant legal troubles.

When asked about substance use, Mr. Studstill denied use of marijuana, cigarettes, street obtained drugs and illicit substances such as cocaine and heroin. It is notable that Mr. Studstill exclaimed "No wine, no drugs, no anything. That's you. I don't use that stuff." Mr. Studstill seemed to have misspoken, when asked what he meant, Mr. Studstill took a



The Honorable Tina Brooks Green
RE: STUDSTILL, Herbert, CFP# 1000827
January 5, 2016
Page 4

seemingly rote stance quipping, "You work for the Government, don't you." This examiner pressed Mr. Studstill to express himself but he seemed at a loss for words. Mr. Studstill seemed to have some exasperation with the forensic process and with his legal predicament, He ultimately said, "It doesn't matter. I don't care."

When asked more about his legal problems, Mr. Studstill said he had a Moorish attorney. When asked for the attorney's name and number, Mr. Studstill said "I left it at home." When asked when he last talked with his attorney, Mr. Studstill said, "October 15th." When asked about the meaning of the prosecutor's role in the court as he was clear about the attorney's role as a defender, Mr. Studstill said "He wasn't there [in court]. I never talked to him." Mr. Studstill was clear that the prosecutor brought charges and it was against him. When asked about a judge's role, Mr. Studstill said "He plays as the judge, jury and executioner." This examiner followed up with the role of a jury and Mr. Studstill understood a jury's role in a trial versus a bench trial. When asked how much time he could get if convicted of his charges, Mr. Studstill asserted that he had not been convicted. He asserted, I am in jail and all those charges are false. They are just lies." Mr. Studstill then went into a discussion of his rights as a Moorish National. He provided this examiner with copies of the Moorish Nation Zodiac Constitution, and presented an argument, for example, about the judge's jurisdiction in court and the validity of the charges. It appeared to this examiner that Mr. Studstill had been repeating some rehearsed lines. When asked more about his Moorish beliefs and whether he had attended a Moorish Temple, for example, Mr. Studstill said "No, I never asked him [his mentor] about that." Nevertheless, Mr. Studstill said that the attorney he referenced was "Saed Alla-El [sic-Mr. Studstill's spelling]." It is notable that when this examiner asked Mr. Studstill for telephone number and address or a way to contact his attorney, Mr. Studstill both spoke about having received advice and guidance from the attorney but also asserted that as a Moorish person "we represent ourselves."

This examiner spent some time speaking with Mr. Studstill about the US constitution, court laws versus his Moorish National law and which laws would likely be acknowledged in the courts. Mr. Studstill acknowledged the differences and that his stance could lead to some difficulties with expediency in adjudicating his case. When asked how long he had been a Moorish citizen, Mr. Studstill said for approximately one year. Upon further questioning with Mr. Studstill, he was able to tell a self-protective version of events that occurred such that he incurred the instant charges.

## COLLATERAL INFORMATION

Per a discussion with Mr. Studstill's father (1/5/16), Mr. Herbert Studstill Sr., about his son's mental state and beliefs, he said, "Ever since he was born, that had been a question mark. He was kind of slow, but [as far as] capacity in judgments - as his father [I believe], he has all that anyone else would have as far as being able to make right decisions, but he has a communication deficiency. They know what they want to say but can't get it out like others

Case 2:17-cv-12611-DPH-SDD   ECF No. 1, PageID.11   Filed 08/08/17   Page 11 of 32

The Honorable Tina Brooks Green
RE:  STUDSTILL, Herbert, CFP# 1000827
January 5, 2016
Page 5

in society." At the same time, Mr. Studstill Sr. reported that his son, Mr. Studstill is generally self-sufficient in many ways and has encouraged him to have a lawn mowing job. Mr. Studstill Sr. also reported that after speaking with his son, he believed he would be more compliant with traditional court processes.

Per records received from the Wayne County Jail, Mr. Studstill was seen on 10/16/15 and did not present with acute mental health difficulty. According to staff, Mr. Studstill was believed to have Asperger syndrome.

## INITIAL CLINICAL SUMMARY

Mr. Studstill is a 40-year-old single man who reported no psychiatric history.  Mr. Studstill ultimately reported a history of some learning difficulties and his father reported that he had a "communication deficiency."  Mr. Studstill presented as somewhat defiant initially but became more cooperative over time during the forensic interview.  Mr. Studstill had no signs of acute mental health disturbance.  Mr. Studstill's intellectual capacity was estimated to be in the borderline range.  There was no indication of difficulty with recall.

## BASIS FOR OPINION

Concerning the issue of competency to stand trial, MCL 330.2020, Section 1020, states in part that, "A defendant to a criminal charge shall be presumed competent to stand trial.  He shall be determined incompetent to stand trial only if he is incapable because of his mental condition of understanding the nature and object of the proceedings against him or of assisting in his defense in a rational manner.  The court shall determine the capacity of a defendant to assist in his defense by his ability to perform the tasks reasonably necessary for him to perform in the preparation of his defense and during his trial."

## OPINION

It is the opinion of this examiner that Mr. Studstill was competent to stand trial.  Mr. Studstill knew the charges against him well and the penalties, if convicted.  Mr. Studstill asserted his rights and presented information to this examiner about his beliefs. At the same time, Mr. Studstill understood the traditional court processes before him. Mr. Studstill presented as able to learn about any events that could arise in the courts with regard to his case.  Mr. Studstill was aware of the roles and responsibilities of key court personnel.  It was in this sense that Mr. Studstill presented with the basic knowledge and ability to learn.

In terms of assisting in his defense, Mr. Studstill presented as able to follow directions and work with this examiner and he could do the same with the Court and any legal counsel, if he so chose. Mr. Studstill's comportment was acceptable.  Mr. Studstill presented with the

The Honorable Tina Brooks Green
RE: STUDSTILL, Herbert, CFP# 1000827
January 5, 2016
Page 6

ability to make self-interested decisions.  Overall, it is this examiner's opinion that Mr. Studstill was competent to stand trial.

Respectfully submitted,

Nicole M. Huby, Psy.D.
Licensed Psychologist
Consulting Forensic Examiner

cc:   Joshua Kaplan, Prosecuting Attorney
      Herbert Studstill, In Pro Per

STATE OF MICHIGAN



Rick Synder
Governor

DEPARTMENT OF COMMUNITY HEALTH

Nick Lyon, Director

# CENTER FOR FORENSIC PSYCHIATRY

Carol E. Holden, PhD, Center Director
P. O. BOX 2060 ☐ ANN ARBOR, MICHIGAN 48106
8303 PLATT RD. SALINE, MICHIGAN 48176
PHONE: (734) 295-4276, FAX: (734) 944-0703

Si usted no puede leer esto, consulta con su abogado.
If you cannot read this, please have your attorney explain it to you.

## Evaluation Services

Name: **Herbert Studstill**              CFP #: **930316**

Your COURT-ORDERED evaluation appointment is **9:00** a.m. on **Wednesday, August 12,**

Docket #: **15-1943, 15-1944; 15-1945, 15 R 551389, 15-1946**          **2015**

## THE CENTER FOR FORENSIC PSYCHIATRY DOES NOT PROVIDE TRANSPORTATATION.

Please arrive ten minutes early. If you have any questions regarding the appointment, please contact your attorney.

If you fail to appear for your appointment, or cannot stay for the entire appointment, the court will be notified, and this could result in your bond being revoked.

The evaluation takes approximately three to five hours, and it is with a forensic examiner. Please **read all** of this information to be sure you can comply with court order(s) concerning this evaluation.

## What Happens During a Forensic Examination?

You will come to the Evaluation Unit of the Center for Forensic Psychiatry. The address is above, and you should enter the front of the building near the flagpole. The Center is where court-ordered psychological evaluations occur. Bring **photo identification** with you (e.g., Driver's License, State of Michigan ID, School or Work ID). If you do not have photo identification, you may bring: Birth Certificate; Court Documents; mail/envelope addressed to you; or mail from your attorney

- If you have **special needs**, you or your attorney must contact the Forensic Center, 734-295-4276, now or up to one week before your appointment. This is in order for the Center to make any necessary arrangements it may need to accommodate you. Any arrangements made are free of charge. Special needs include but are not limited to: communication interpreter, wheelchair, and other medical apparatus.

- If you require **reading glasses** or **hearing aids**, please bring these with you.

- Bring copies of **medical/psychiatric records** you may have.

- Bring any necessary medications and a list of all your **currently prescribed medications**.

```
STATE OF MICHIGAN                                    CASE NO:  15-1943    D01 OM
34TH JUDICIAL DISTRICT   REGISTER OF ACTIONS         X-REFERENCE #:  R15-01981
ORI820045J                                           STATUS: CLSD       02/08/16
PIN: 15-01981B
```

JUDGE OF RECORD: GREEN,TINA BROOKS,        P-41649

JUDGE: GREEN,TINA BROOKS,        P-41649

CITY OF ROMULUS v

CTN:

**STUDSTILL/HERBERT/LEE**   TCN:

6296 CARNEGIE ST   SID:

ROMULUS          MI 48174   ENTRY DATE: 05/21/15

**OFFENSE DATE:** 05/21/15 1122 AM

DEFENDANT PHONE: (734) 502-3802    VEHICLE TYPE: PA    VPN:

DOB: 10/24/1975  SEX: M  RACE: B  DLN: MI S332302497820    CDL: N

VEH YR: 1988    VEH MAKE: BUIC    VIN:                        PAPER PLATE:

OFFICER: KOSOSKI/CHRIS/                    DEPT: ROMULUS POLICE DEPT

PROSECUTOR: KAPLAN,JOSHUA ADAM,            P-76596

VICTIM/DESC:                              VENUE: CITY OF ROMULUS

**COUNT** 1 C/M/F: M O0013-R                    ORD#20-25

**OBSTRUCTING JUSTICE - ROMULUS**

ARRAIGNMENT DATE: 05/21/15    PLEA:    PLEA N-GLTY    PLEA DATE: 05/21/15

FINDINGS:  DISM BY PTY    DISPOSITION DATE: 02/08/16

SENTENCING DATE:

| FINE | COST | ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|------|------|---------|-----|-------|------|----------|---------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

JAIL SENTENCE:          PROBATION:

VEH IMMOB START DATE:        NUMBER OF DAYS:      VEH FORFEITURE:

BOND HISTORY:

5,000.00    10% DEPOSIT    BOND SET

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|------|-------------------------------|----------|

05/21/15

      FILING DATE              052115                              MJL

   1  ORIGINAL CHARGE          OBST JUSTICE                        MJL

      SCHEDULED FOR ARRAIGNMENT 052115  200P  GREEN,TINA BROOKS,  P-41649  MJL

      MISCELLANEOUS ACTION     ALL COUNTS                          MJL

      IN CUSTODY VIDEO ARRAIGNMENT                                 MJL

      RPD                                                          MJL

   1  ARRAIGNMENT HELD         OBST JUSTICE                        HFM

      JDG  GREEN,TINA BROOKS,                         P-41649      HFM

      PROS KAPLAN,JOSHUA ADAM,                        P-76596      HFM

      PLEAD NOT GUILTY                                             HFM

      PROCEEDINGS ON RECORD-CT RECORDER MICHELLE BUCKBERRY, CER#3601  HFM

05/27/15

   1  MISCELLANEOUS ACTION     OBST JUSTICE                        HFM

      SCHEDULED FOR PRE-TRIAL  060115  900A  GREEN,TINA BROOKS,  P-41649  HFM

06/01/15

   1  MISCELLANEOUS ACTION     OBST JUSTICE                        HFM

      JDG  GREEN,TINA BROOKS,                         P-41649      HFM

      PROCEEDINGS ON RECORD-CT RECORDER MICHELLE BUCKBERRY, CER#3601  HFM

      ADJOURN/DISCOVERY ORDER SIGNED/SEALED/                       HFM

      HANDED TO DEF                                                HFM

06/08/15

NAME: STUDSTILL/HERBERT/LEE                    CASE NO: 15-1943        PAGE    2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | INITIALS |
|---|---|---|

1  MISCELLANEOUS ACTION      OBST JUSTICE                                    HFM
   SCHEDULED FOR PRE-TRIAL   071315  900A  GREEN,TINA BROOKS,   P-41649      HFM
   MISCELLANECUS ACTION      ALL COUNTS                                      HFM
   FILE TO TBG W/LETTER                                                      HFM
06/09/15
   MISCELLANEOUS ACTION      ALL COUNTS                                      HFM
   SCHEDULED FOR MOTION HEARING
                            062215  900A  GREEN,TINA BROOKS,   P-41649      HFM
   NOTICE TO APPEAR FOR DEFENDANT REQUESTED
                            ALL COUNTS
   PER TBG SET HEARING                                                       HFM
   NOTICE TO APPEAR GENERATED                                                HFM
07/13/15
   HEARING HELD             ALL COUNTS                                       HFM
   JDG  GREEN,TINA BROOKS,                                  P-41649         HFM
   DEFENDANT REFERRED FOR COMPETENCY EVALUATION                              HFM
   PER TBG                                                                   HFM
   PROCEEDINGS ON RECORD-CT RECORDER MICHELLE BUCKBERRY, CER#3601            HFM
07/20/15
   MISCELLANEOUS ACTION      ALL COUNTS                                      HFM
   SCHEDULED FOR REVIEW      092115  300P  DIVISION,TRAFFIC CR  #    300     HFM
   INTERNAL REVIEW ONLY                                                      HFM
   PREV PHONE: 0000000000                                                    HFM
   SOURCE: MOTHERS PHONE NUMBER                                              HFM
   MISCELLANEOUS ACTION      ALL COUNTS                                      HFM
   PAPERWORK SIGNED/SEALED/MAILED AND FAXED TO                               HFM
   PROPER PLACES                                                             HFM
09/21/15
   MISCELLANEOUS ACTION      ALL COUNTS                                      HFM
   REMOVED FROM CALENDAR     092115  300P  DIVISION,TRAFFIC CR  #    300     HFM
   SCHEDULED FOR SHOWCAUSE HEARING
                            101515  200P  GREEN,TINA BROOKS,   P-41649      HFM
   NOTICE TO APPEAR FOR DEFENDANT REQUESTED
                            ALL COUNTS                                       HFM
   PER TBG SET FOR SHOWCAUSE RE:COMPETENCY                                   HFM
   EXAM                                                                      HFM
09/22/15
   NOTICE TO APPEAR GENERATED                                                HFM
10/02/15
   MISCELLANEOUS ACTION      ALL COUNTS                                      HFM
   PER TBG FILE PAPERWORK                                                    HFM
10/15/15
   MISCELLANEOUS ACTION      ALL COUNTS                                      VAM
   DEF APP FOR SHOWCAUSE HRNG                                                VAM
   MISCELLANEOUS ACTION      ALL COUNTS                                      KAB
   10% DEPOSIT                                                               KAB
   BOND SET                                    $    5000.00                 KAB
   MAGISTRATE ALAN HINDMAN FOR JUDGE TINA BROOKS GREEN                       KAB
   PROCEEDINGS ON RECORD-CT RECORDER MICHELLE BUCKBERRY, CER#3601            KAB
   NEXT COURT DATE PENDING COMPETENCY                                        KAB
   EVALUATION                                                                KAB
1  PRETRIAL RELEASE/CUSTODY GENERATED-IN CUSTODY
                            OBST JUSTICE                                     KAB

STATE OF MICHIGAN

34TH JUDICIAL DISTRICT COURT COUNTY OF WAYNE

THE PEOPLE OF THE CITY OF ROMULUS

      Plaintiff,

v                          District Court No. 15-1946

HERBERT STUDSTILL,

      Defendant.

_____/

HEARING

BEFORE THE HONORABLE TINA BROOKS GREEN, DISTRICT JUDGE

Romulus, Michigan -- Monday, February 8, 2016

APPEARANCES:

| | |
|---|---|
| For the People: | No appearance. |
| For the Defendant: | In pro per. |
| Recorded/Transcribed by: | Marianne Szlinis, CER5249<br>Certified Electronic Recorder<br>(734) 941-4462 |

1

# TABLE OF CONTENTS

WITNESSES:   PEOPLE                                                      PAGE

NONE.


WITNESSES:   DEFENDANT

NONE.


EXHIBITS:                                        IDENTIFIED       RECEIVED

NONE.

Romulus, Michigan

Monday, February 8, 2016, 9:44 a.m.

THE COURT:  All right, Mr. Studstill, come on up, come on up with your, is it your mom?

DEFENDANT'S MOTHER:  Yes.

THE COURT:  Come on up, mom.

Herbert, Herbert, Herbert, are you going to listen to me?

MR. STUDSTILL:  I'm making a special--I'm challenging your jurisdiction.

THE COURT:  I'm going to--you can challenge whatever you want.  Listen to me, listen to me.  This is what I'm going to tell you I'll do, this is what I'm going to do.  Herbert, do you live with your mom and dad still?

MR. STUDSTILL:  Never have.

THE COURT:  You have never lived with your parents?

MR. STUDSTILL:  No.

THE COURT:  Mom, does he live with you, where does he live?

DEFENDANT'S MOTHER:  By himself at a Romulus housing.

THE COURT:  Oh, okay, okay.  Well you lived with them at some time, your mother gave birth to you, so I'd imagine at some point in your life you lived with her,

**3**

didn't you?

MR. STUDSTILL: Yeah.

THE COURT: Okay. Do you go to--you have a church that you use?

DEFENDANT'S MOTHER: Yes.

THE COURT: Do you ever go to church with your mom, Herbert, sometimes, yes, no, come on Herbert, give it to me, come on.

MR. STUDSTILL: I'm challenging you're jurisdiction.

THE COURT: You can challenge my jurisdiction. I'm asking you a question. Herbert, Herbert, just--

MR. STUDSTILL: No, I don't.

THE COURT: You don't. Do you have any organization that you like, like the animal shelter, something that's a nonprofit?

MR. STUDSTILL: No verbal response.

THE COURT: What is it, mom, what--

DEFENDANT'S MOTHER: It's Seven Day Adventist.

THE COURT: Oh, okay, so you have your own church, you have your own church. Do you volunteer for them, do you do stuff for them, do you do stuff for your church?

MR. STUDSTILL: No verbal response.

THE COURT: Herbert?

MR. STUDSTILL: No.

4

THE COURT: You don't do anything for your church, you just go on Sunday or Saturday, the Seventh Day Adventist, they--they go on Saturday?

DEFENDANT'S MOTHER: Yes.

THE COURT: Um, well Herbert, do you know how much easier everybody's life would be if I tell you, listen to me, can you do something for your church for like 20 hours?

MR. STUDSTILL: No verbal response.

DEFENDANT'S MOTHER: Yes.

THE COURT: Go volunteer at your church for 20 hours and this will go away. I don't know how much more fair that can be. Your church gains, you don't have to plead guilty, you don't have to do anything, these cases go away. And I know how much you want to challenge my jurisdiction, and I appreciate that, but I think that it's in the best interest of everybody if you--and you're not driving any more, you don't have the car, right, and so--and you're not gonna--that's not gonna be a problem, or if it is, it is in the future. If we have that problem again we have that problem, do you know what I'm saying? But for right now do you think--can you do some--can you go to your church and say I want to--I want to volunteer and--and--and help you for 20 hours?

MR. STUDSTILL: Hmmm.

THE COURT: Hmmm? That's--that's--and I don't

*5*

usually make deals, but I think that's a fair way to resolve this.

MR. STUDSTILL:  Can you show us your oath of office for the record, for the record?

THE COURT:  I'll show that after you do your 20 hours of community service.  I'll show you my oath of office if you show me 20 hours of community service.

DEFENDANT'S MOTHER:  And I'll make sure he gets there.

THE COURT:  Herbert, will you do it for me, please?

MR. STUDSTILL:  No verbal response.

THE COURT:  Who benefits if I ask you to do that, who benefits?  Your church.  Do I benefit?  I don't benefit from that.  You can challenge my authority all day long.  I don't benefit from that.  I'm not asking you to do come clean my bathroom in my office or anything like that or scrub my floors or anything.  I'm asking you to go volunteer at the church.  Whether it's, you know, ah, whether it's--I don't know if they are deacons or what the--what the, you know, whether it's doing stuff in the, you know, for the kids or for whatever.  What do you think, Herbert?

MR. STUDSTILL:  No verbal response.

THE COURT:  Herbert, you can live to fight another day then.  What do you think?

6

MR. STUDSTILL:  No verbal response.

THE COURT:  And you know what, you don't even have to--your mother can let me know that--you don't even have to let your church know that that's what you're doing.  If you don't want them to think, you know, that you did anything wrong in court, 'cause I know you don't think you did and I know that you want to challenge my jurisdiction and I know that, you know, think that you shouldn't be here, and--and I'm good with that.  I'll close all these cases out.  Your mom can come in and let me know that you did the 20 hours.  There won't be anything on your record and you'll be good to go.  You can't ask for a better--a better opportunity than that, I think.  And all you got to do is say one two letter word to me, ok.  That's it, that's it.  And then you don't have to--and then if something else comes out I will let you have a jury trial and you can challenge my jurisdiction all day long.

DEFENDANT'S MOTHER:  Okay, say okay and let's go.

THE COURT:  You can barely nod your head, you don't even have to speak if you don't want to.  Herbert, listen to me, are you paying--will you nod your head that you're listening to me at least?

MR. STUDSTILL:  I still challenge your jurisdiction.

THE COURT:  I know, I told you, you can challenge

7

my jurisdiction all you want. Just listen to me though, will you do me one favor, don't do this for me, don't do this for the court, do this for your mother, that's all I'm asking. It's not on your record, it's gonna go away. Do some stuff for your church for your mom. It's not about me, it's not about the court system, it's not about anything else, it's only about your mom and your dad.

DEFENDANT'S MOTHER: Step-dad.

THE COURT: Step-dad. Seriously Herbert, that's all it is. Please don't do this to your mom any more. And if something else happens I'll let you just--we'll have a talk about my oath of office and stuff and I'll show you my oath of office and you can--you can make a determination on whether you think that I'm legitimately here or not or whether I operate under--

MR. STUDSTILL: I'd like that in writing, please.

THE COURT: Pardon?

MR. STUDSTILL: I'd like that in writing, please.

THE COURT: That--that--it's already in writing 'cause we're on the record that if anything happens again we can have a whole conversation about whether I'm--you're challenging my authority. It's on the record, it's on the tape right now and we can get it transcribed that these cases will go away, you'll do the community service at the church, your mom will just make sure you put some elbow

8

grease in for the benefit of your church, that's it, these cases are gone and if anything ever happens again you can come in front of me and we can have a full blown out discussion, hearing about my jurisdiction and martial law and your right to travel and blah, blah, blah.  Okay?

DEFENDANT'S MOTHER:  Okay?

MR. STUDSTILL:  No verbal response.

DEFENDANT'S MOTHER:  Respond, nod your head, say okay, something.

THE COURT:  I mean, the answer is either yes or no.  If it's no then it's no then I guess.  But it's--you have to say either yes or no.

DEFENDANT'S MOTHER:  Say yes, Herbert.

MR. STUDSTILL:  No, I will not do community service.

THE COURT:  You won't do community service?

MR. STUDSTILL:  No.

THE COURT:  Herbert, why you want--why do you want to do this?

MR. STUDSTILL:  No verbal response.

THE COURT:  All right.  Well do you want--are you gonna do a bench trial or a jury trial?

MR. STUDSTILL:  No verbal response.

THE COURT:  You're not gonna be able to make it through either one, Herbert, if you don't speak, you know

9

what I'm saying? That's not gonna help. I don't--and I don't understand why you would risk going to jail, um, and I told you, like I said, if there were more cases I'll let you challenge my authority. I'm not letting you challenge my authority on these. We're not gonna have a conversation about my authority on these, so we're just gonna go to trial and if you're convicted you could end up going to jail. But that's up to you. I told you next time you can challenge my authority, and that's on the record. But on this, if you want a trial we'll do a trial, we're not gonna get into--you can stand up and tell the jury I don't have the authority, and that's fine, I don't think they'll believe you, but you can stand up and tell them that.

DEFENDANT'S MOTHER: Can I talk to him a minute?

THE COURT: You absolutely can. Herbert, go talk to your mom.

(From 9:53 a.m., until 9:58 a.m., Court hears other matters)

THE COURT: People versus Herbert Studstill. What did we figure out?

DEFENDANT'S MOTHER: He said he'll accept community service.

MR. STUDSTILL: No. Under a couple conditions. First of all, I'm challenging jurisdiction, for the record.

THE COURT: Okay, I'll accept that.

**16**

MR. STUDSTILL:  And your oath of office, I want to see that in writing.

THE COURT:  I'll show you my oath of office, you show me your community service.

MR. STUDSTILL:  Two, I want travel again.

THE COURT:  You want--I don't have the authority to tell you.  I can tell you you can, I can't tell the police that they're not gonna stop you.  I don't control all the police departments, I don't even work for the police.  You can travel if you have a driver's license issued by the State.  The State does those rules and regulations, I don't.  I don't have the authority to tell you can.  I can tell you can, but I can't promise they won't stop you.  That, you know what I'm saying, I can tell you can do whatever you want but I don't control the police and I don't control the Secretary of State.  I'm just a cog in the wheel.

MR. STUDSTILL:  Tell Taylor and Dearborn to drop all charges.

THE COURT:  But I don't work for Taylor and Dearborn.  I can't do anything about Taylor or Dearborn.

MR. STUDSTILL:  I'm sure you have some kind of connections or some type of weight.

THE COURT:  I know the Taylor and the Dearborn judges, but I would be--I would be in trouble if I tried to get cases dismissed for you in other places.  They would

report me, I have a boss of the judicial tenure commission, and if I tried to do that I would get in trouble. So I can't do it.

MR. STUDSTILL: I'm sure the Supreme Court would say otherwise.

THE COURT: Could be, maybe. The Supreme Court doesn't tell me that I can dismiss cases that are not-- that's for sure not in my jurisdiction. You want to challenge my jurisdiction, I don't have jurisdiction in Taylor for sure, they didn't elect me.

All right. Herbert, mom, make sure he does the 20 hours and come and see me.

MR. STUDSTILL: I still say no.

THE COURT: Okay. You can say no all you want. Go with your mom.

DEFENDANT'S MOTHER: Thank you.

THE COURT: Mom, come in and see me within like 30 days, okay?

DEFENDANT'S MOTHER: I will.

THE COURT: Go on with your mom, Herbert, go on. Stay out of trouble, Herbert, if that's possible.

(At 9:58 a.m., proceedings concluded)

27

CERTIFICATE

STATE OF MICHIGAN)
                 )
COUNTY OF WAYNE  )

I certify that this transcript consisting of 13 pages is a complete, true, and correct transcript of the proceedings and testimony taken in this case on February 8, 2016.

February 22, 2016

Marianne Szlinis, CER5249
Certified Electronic Recorder
11131 S. Wayne Road
Romulus, MI 48174
(734) 941-4462

115

JS 44   (Rev. 08/16)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Herbert Studshill EL

## DEFENDANTS
Tina Brooks Green

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NO

Case: 2:17-cv-12611
Judge: Hood, Denise Page
MJ: Davis, Stephanie Dawkins
Filed: 08-08-2017 At 11:18 AM
STUDSTILL EL v TINA BROOKS GREEN (d
at)

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Att

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) | |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Violation of 1st 4th 5th rights

Brief description of cause:
Violation of my constitutional right

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1.5 million

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
October 18, 2016

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☒ Two (2) completed **Civil Cover Sheets.** *In complete, wrong date / no signature*

☒ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

_____1_____ + 2 = _____3_____ **Complaints.**
# of Defendants     Total

Received by Clerk: ✓_____ Addresses are complete: ✓_____

CLERK TO AFFIX

Case: 2:17-cv-12611
Judge: Hood, Denise Page
MJ: Davis, Stephanie Dawkins
Filed: 08-08-2017 At 11:18 AM
STUDSTILL EL v TINA BROOKS GREEN (d at)

☐ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #:_____ | ☒ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br>Received by Clerk: ☒ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☒ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br>Received by Clerk: ✓_____ | ☒ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☒ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>*NO REQUEST FORMS*<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:
*NO REQUEST FOR USMS SERVICE*

Rev. 4/13



# PRIORITY
## ★ MAIL ★

*New Case*

DATE OF DELIVERY SPECIFIED *

USPS TRACKING™ INCLUDED *

♻ This envelope is made from post-consumer waste. Please recycle - again.

UNITED STATES POSTAL SERVICE.    Retail

**P**

US POSTAGE PAID
**$6.65**

Origin: 48174
Destination: 48226
1 Lb 2.50 Oz
Aug 07, 17
2861700174-10         1022

**PRIORITY MAIL ®1-Day**

Expected Delivery Day: 08/08/2017     C008

**USPS TRACKING NUMBER**

RECEIVED
AUG - 8 2017
CLERK OFFICE
DETROIT

8/7/17

SCANNED

FROM: Herbert Studshll EL
6296 Carnegie St
Romulus Mi 48174

TO: United States District
Court for the Eastern District of Michigan
Clerks office
Theodore Levin U.S Courthouse
231 W. Lafayette Blvd  Room 564
Detroit Mi 48226